IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      vs.                                        7:09-MJ-524 (GHL)

SEAN T. YOUNG,

                Defendant.

_____

CARLA FREEDMAN, AUSA, For Government

MARSHA HUNT, ESQ., For Defendant

## ORDER APPROVING WAIVER OF PRELIMINARY EXAMINATION

    Defendant has been charged in a criminal complaint with conspiracy with intent to distribute cocaine base, in violation of 21 U.S.C. § 846. Defendant came before me for an appearance on November 10, 2009.

    During the November 10, 2009, court appearance the defendant, through his counsel, advised the court that he desires to waive his right to a preliminary examination. I find that the defendant has knowingly and voluntarily waived his right to a preliminary examination with full knowledge of the consequences thereof.

    Based upon the foregoing, including defendant's voluntary representations, it is hereby

    ORDERED, that defendant's waiver of his rights to a preliminary

examination, which I find to have been knowing, intelligent and voluntary, is accepted.

Dated: November 10, 2009

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge